AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

STEVEN A. WHITLOCK; et al.,

      Plaintiffs,        JUDGMENT IN A CIVIL CASE

V.

        CASE NUMBER:  **3:11-CV-00586-LRH-VPC**

DANT CORPORATION; et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered against defendant Dant Corporation and in favor of plaintiff Stephen A. Whitlock in the amount of $500,000.00 plus accruing interest.

    **IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered against defendant Dant Corporation and in favor of plaintiff Mary Ann M. Whitlock, as trustee of the Visokey Family Trust, in the amount of $600,000.00 plus accruing interest.

   December 21, 2011                           **LANCE S. WILSON**
                                                  Clerk

                                                  /s/ D. R. Morgan
                                                  Deputy Clerk