AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

STEPHEN A. WHITLOCK, et al.,

    Plaintiffs,

V.

DAN N. TYNON, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:11-CV-00586-LRH-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is hereby entered against defendant Dan N. Tynon and in favor of plaintiff Stephen A. Whitlock in the amount of $500,000.00 plus accruing interest.

    **IT IS FURTHER ORDERED AND ADJUDGED** that judgment is hereby entered against defendant Dan N. Tynon and in favor of plaintiff Mary Ann M. Whitlock, as trustee of the Visokey Family Trust, in the amount of $600,000.00 plus accruing interest.

   May 31, 2012                                           **LANCE S. WILSON**
                                                                      Clerk

                                                                       /s/ D. R. Morgan
                                                                        Deputy Clerk