BARNEY McKENNA & OLMSTEAD, P.C.
M. ERIC OLMSTEAD, 6766
eolmstead@barney-mckenna.com
SCOTT L. HALVORSEN, 9573
shalvorsen@barney-mckenna.com
590 West Mesquite Blvd., Suite 202A
Mesquite, NV 89027
Telephone: (702) 346-3100
Fax: (702) 346-4683
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### NORTHERN DIVISION

| | |
|---|---|
| STEPHEN A. WHITLOCK, an individual, and MARY ANN M. WHITLOCK, as trustee of the VISOKEY FAMILY TRUST DATED JUNE 11, 1985,<br><br>Plaintiffs,<br><br>DAN N. TYNON, an individual; DANT CORPORATION, a Nevada corporation; and DOES 1 THROUGH 20, inclusive,<br><br>Defendants. | NOTICE OF ENTRY OF JUDGMENT<br><br>Case No. 3:11-cv-00586-LRH-VPC<br><br>Before the Honorable Larry R. Hicks |

NOTICE IS HEREBY GIVEN of the entry of Judgment in favor of Plaintiff Stephen A. Whitlock against defendant Dan N. Tynon in the amount of $500,000.00, plus accruing interest, dated by the Court May 31, 2012.

NOTICE IS FURTHER GIVEN of the entry of Judgment in favor of Plaintiff Mary Ann M. Whitlock, as trustee of the Visokey Family Trust against defendant Dan N. Tynon in the amount of $600,000.00, plus accruing interest, dated by the Court May 31, 2012.

DATED THIS 7 day of June, 2012.

BARNEY McKENNA & OLMSTEAD, P.C.

*[signature]*

M. ERIC OLMSTEAD
Attorney for Plaintiffs

## MAILING CERTIFICATE

I hereby certify that on the __8__ day of June 2012, I served a copy of NOTICE OF ENTRY OF JUDGMENT and copy of JUDGMENT, on the following by depositing a copy in the U.S. Mail, postage pre-paid, addressed to:

Dan N. Tynon
15802 Chase Street
North Hills, CA 91343

Dan N. Tynon
14550 Friar Street
Van Nuys, CA 91411

_/s/ Cheryl Marcos_
Legal Assistant