# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# NORTHERN DIVISION

| | |
|---|---|
| STEPHEN A. WHITLOCK, an individual, and MARY ANN M. WHITLOCK, as trustee of the VISOKEY FAMILY TRUST DATED JUNE 11, 1985,<br><br>Plaintiffs,<br><br>DAN N. TYNON, an individual; DANT CORPORATION, a Nevada corporation; and DOES 1 THROUGH 20, inclusive,<br><br>Defendants. | **NOTICE OF SUBPOENA**<br><br>Case No. 3:11-cv-00586-LRH-VPC<br><br>Before the Honorable Larry R. Hicks |

TO:  Dan N. Tynon                         Dan N. Tynon
     15802 Chase Street                   14550 Friar Street
     North Hills, CA 91343                Van Nuys, CA 91411

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that Plaintiffs intend to serve a subpoena, a copy of which is attached hereto, on Stern Kory Sreden & Morgan, as soon hereafter as service may be effectuated.

DATED THIS 9th day of August, 2012.

BARNEY MCKENNA & OLMSTEAD, P.C.

/s/ ERIC OLMSTEAD
M. ERIC OLMSTEAD    Bar No. 6766
Attorney for Plaintiffs
43 South 100 East, Suite 300
St. George, UT 84770
435-628-1711
eolmstead@barney-mckenna.com

AO 88B (Rev. 01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Stephen A. Whitlock, Mary Ann M. Whitlock, trustee )<br>*Plaintiff* )<br>v. )<br>Dan N. Tynon, Dant Corporation )<br>)<br>*Defendant* ) | Civil Action No. 3:11-cv-00586<br><br>(If the action is pending in another district, state where:<br>District of Nevada |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES

To: Stern Kory Sreden & Morgan
24961 The Old Road, 2nd floor, Stevenson Ranch, CA 91381

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: See attachment "A"

| Place: Barney McKenna & Olmstead, P.C.<br>43 South 100 East, Suite 300<br>St. George, UT 84770 | Date and Time:<br><br>08/31/2012 10:00 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 8/9/2012

CLERK OF COURT

_____    OR    *M Eric Olmstead* (signature)
*Signature of Clerk or Deputy Clerk*             *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ___Plaintiffs___, who issues or requests this subpoena, are:

M. Eric Olmstead
43 South 100 East, Suite 300
St. George, UT 84770    Phone: 435-628-1711    Email: eolmstead@barney-mckenna.com

# ATTACHMENT "A"

1. All documents from the beginning of 2010 to the present which evidence, relate or refer to Daniel Tynon, Dan Tynon, and/or Dant Corporation, or any affiliate or related person or entity, including without limitation:

    a. All documents from the beginning of 2010 to the present which evidence, relate or refer to the income, balance sheets, or cash flows of each of the parties identified in paragraph 1.

    b. All federal and state tax documents from 2010 to the present, including tax returns, schedules and worksheets for each of the parties identified in paragraph 1.